

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 30, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33007

    Re:   ROBERT R. LANGFORD, JR.,
          Movant-Appellant,
          v.
          STATE OF MISSOURI,
          Respondent-Respondent.